UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| EDGAR CABALLERO,<br>Institutional ID No. 02394150<br><br>                    Plaintiff,<br><br>v.<br><br>PATRICIA MCLANAHAN, *et al.*,<br><br>                    Defendants. | No. 5:24-CV-00188-H |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made thorough findings, conclusions, and recommendations (FCR) that this Court dismiss with prejudice all of Plaintiff's claims. Dkt. No. 14. Plaintiff filed brief objections and requested leave to file an amended pleading. Dkt. Nos. 16, 17.

"The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3); *see* 28 U.S.C. § 636(b)(1). In contrast, the district judge reviews any unobjected-to findings, conclusions, and recommendations for plain error. The Court has examined the record and reviewed the unobjected-to portions of the FCR for plain error and, finding none, expressly accepts and adopts those portions of the Magistrate Judge's findings, conclusions, and recommendation.

Additionally, in light of Plaintiff's objections to the FCR, the Court has conducted a de novo review of the relevant portions of the FCR and the record in this case. Plaintiff's objections consist of mere disagreements with the Magistrate Judge's wording, requests that the Court excuse his pleading deficiencies because of his status as a pro se prisoner, and

demands that the Court decline the Magistrate Judge's recommendation and grant him the relief he seeks. The Court finds that the objections do not warrant revisiting, modifying, or rejecting the FCR. Plaintiff disagrees with the Magistrate Judge's conclusions, but he does not refute the factual or legal bases for her recommendation. Plaintiff has not shown that the Magistrate Judge erred in recommending dismissal of these claims.

Plaintiff also seeks leave to amend his claims, and he attached a proposed amended pleading to his second motion. Dkt. Nos. 16, 17, 17-1. But his proposed amendment does not cure any of the deficiencies identified by the Magistrate Judge. Thus, the Court denies the motion for leave to amend because it is futile.

Thus, the objections are overruled, and the Court accepts and adopts the findings, conclusions, and recommendation of the United States Magistrate Judge. As a result, Plaintiff's complaint and all claims asserted within it are dismissed with prejudice for failure to state a claim under 28 U.S.C. §§ 1915 and 1915A. This dismissal will count as a qualifying dismissal or "strike" under 28 U.S.C. § 1915 and *Adepegba v. Hammons*, 103 F.3d 383 (5th Cir. 1996).

All relief not expressly granted is denied, and any pending motions are denied.

The Court will enter judgment accordingly.

So ordered.

Dated January 30, 2026.

                                                      JAMES WESLEY HENDRIX
                                                      United States District Judge